UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CITY OF FAIRBORN, OHIO, *et al.*,

    Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, *et al.*,

    Defendants.

Case No. 3:22-cv-102

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STAY THIS CASE FOR 180 DAYS (Doc. No. 27)**

---

This civil case is before the Court on Plaintiffs' motion to stay this case for 180 days pending the review of Defendants Reenergy, Inc., and Dovetail Energy, LLC's air permit application, which has the potential to resolve the litigation between the parties. Doc. No. 27. In the interest of efficient case management, the Court **ORDERS** Defendants United States Environmental Protection Agency; Ohio Environmental Protection Agency; Reenergy, Inc.; and Dovetail Energy, LLC to submit their respective responses, if any, by **September 6, 2022**. Plaintiffs shall have until **September 13, 2022** to file a reply, if any.

    **IT IS SO ORDERED.**

Date:  August 23, 2022                      s/ Michael J. Newman
                                                        Hon. Michael J. Newman
                                                         United States District Judge