IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **CITY OF FAIRBORN**, *et al.* | ) | CASE NO. 22-CV-00102-MJN-PBS |
| | ) | |
| | ) | JUDGE MICHAEL J. NEWMAN |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **NOTICE OF WITHDRAWAL OF** |
| | ) | **COUNSEL OF RECORD** |
| **United States Environmental Protection Agency**, *et al.* | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) ) ) ) | |

    Reed W. Sirak of the law firm Benesch Friedlander Coplan and Aronoff hereby files this Notice of Withdrawal as Counsel of Record and Trial Attorney for Renergy, Inc. and Dovetail Energy, LLC ("Defendants") in the above-captioned matter. Defendants remain represented by Terrence Finn of Roetzel & Andress, who shall now be designated as Trial Attorney pursuant to Local Rule 83.4(a).

    Pursuant to Local Rule 83.4(b)(i), written notice was provided to the client and to all counsel regarding Mr. Sirak's withdrawal.

        Respectfully submitted,

        *s/ Reed W. Sirak*
        Reed W. Sirak (0093093)
        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
        41 South High Street, Suite 2600
        Columbus, Ohio 43215-6164
        Telephone:  614.223.9300
        Facsimile:  614.223.9330
        Email:  rsirak@beneschlaw.com

        *Counsel for Renergy, Inc. and Dovetail Energy, LLC*

## CERTIFICATE OF SERVICE

Pursuant to S.D. Ohio Civ. R. 5.2, I hereby certify that a copy of the foregoing was served upon counsel of record in this matter this 18th day of October, 2022 via the Court's ECF system as provided in Fed. R. Civ. P. 5(b)(2)(E).

*s/ Reed W. Sirak*
Reed W. Sirak (0093093)