IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **CITY OF FAIRBORN,** *et al.* | : | CASE NO. 3:22-cv-00102-MJN-PBS |
| | : | |
| Plaintiffs, | : | JUDGE MICHAEL J. NEWMAN |
| | : | |
| v. | : | |
| | : | |
| **United States Environmental Protection Agency,** *et al.* | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Assistant Attorney General Rebecca Kanz hereby files this Notice of Withdrawal of Counsel and Trial Attorney for Defendant Ohio Environmental Protection Agency. John K. McManus will continue to serve as counsel for Defendant Ohio Environmental Protection Agency, who shall now be designated as Trial Attorney pursuant to Local Rule 83.4(a). All future pleadings and correspondence in this matter should be directed to John K. McManus at the address listed below.

Pursuant to Local Rule 83.4(b)(i), written notice was provided to the client and to all counsel regarding the withdrawal.

Respectfully submitted,

DAVE YOST
OHIO ATTORNEY GENERAL

 /s/ Rebecca Kanz
Rebecca Kanz (100091)
John K. McManus (0037140)
Assistant Attorneys General

        Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215
Phone: 614-466-2766
Fax: 614-644-1926
Rebecca.Kanz@OhioAGO.gov
John.McManus@OhioAGO.gov

*Counsel for Defendant, Ohio Environmental Protection Agency*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2022, a copy of the foregoing Notice of Withdrawal of Counsel was electronically filed via the Court's electronic filing system. Service was accomplished upon all counsel of record via the Court's electronic filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

/s/ Rebecca Kanz
Rebecca Kanz (100091)
Assistant Attorney General